# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2022

*The Court of Appeals hereby passes the following order:*

## A22I0215. SAMMY JERNIGAN v. THE STATE.

Sammy Jernigan, who was charged with driving under the influence, is being prosecuted in the Walton County Probate Court. Jernigan made an oral motion to quash the citation, which the probate court denied. The probate court issued a certificate of immediate review, and Jernigan filed this application for interlocutory appeal.

Generally, the ruling of a probate court in a traffic case must be appealed – either directly or by certiorari – to the superior court. See OCGA § 5-4-3 (petition for certiorari to superior court); OCGA § 5-3-2 ("An appeal shall lie to the superior court from any decision made by the probate court, except an order appointing a temporary administrator."); OCGA § 40-13-28 (defendant convicted of traffic offense has right of appeal to superior court).[1] If the party is then aggrieved by the decision of the superior court, a direct appeal may be filed in this Court. See OCGA § 5-6-35 (a) (1) (discretionary appeal procedure does not apply to decisions of probate courts).

There is, however, no provision of law permitting interlocutory review from a probate court ruling. See *Driver v. State*, 198 Ga. App. 643, 644 (402 SE2d 524) (1991) (no right to appeal to superior court from interlocutory ruling of probate court). And Jernigan cites no authority permitting an appeal to this Court from such an interlocutory ruling in probate court, even by application. Accordingly, this

---

[1] OCGA § 15-9-123 (a), which provides that a party in a civil case in probate court shall have the right of appeal to an appellate court without first seeking review in superior court, does not apply here because this is not a civil case.

application for interlocutory appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 07/20/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*